1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARREN RAY PRATCHER,** | Case No. C 10-03616 CW (PR) |
| Petitioner, | [~~PROPOSED~~] **ORDER GRANTING LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondent. | |

   GOOD CAUSE APPEARING, respondent is granted leave to file a memorandum of points and authorities in support of the Answer to Petition for Writ of Habeas Corpus in excess of 25 pages~~.~~  106 pages

Dated:  1/14/2011

_____
CLAUDIA WILKEN
UNITES STATES DISTRICT JUDGE

[~~Proposed~~] Order – *Pratcher v. Hedgpeth, Warden* - (C 10-03616 CW (PR))