**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARREN RAY PRATCHER,

                    Petitioner,

        v.

ANTHONY HEDGEPETH, Warden,

                    Respondent.

_____/

No. C 10-03616 CW (PR)

ORDER DENYING PETITIONER'S
SECOND MOTION FOR APPOINTMENT
OF COUNSEL; AND GRANTING HIM AN
EXTENSION OF TIME TO FILE A
TRAVERSE

        Petitioner, a state prisoner, filed a pro se petition for a
writ of habeas corpus.  The Court directed Respondent to file an
answer to the petition and granted Petitioner leave to file a
traverse within sixty days after the answer was filed.  On December
23, 2010, Respondent filed an answer.  Sixty days have passed, and
Petitioner has not filed a traverse.

        Before the Court is Petitioner's second motion for appointment
of counsel to represent him in this action.  The Court previously
denied Petitioner's first request for appointment of counsel.  For
the same reasons, Petitioner's second request for appointment of
counsel is DENIED.

        Now that it has ruled on his second request for appointment of
counsel, the Court on its own motion GRANTS Petitioner an extension
of time to file a traverse.  Petitioner shall file his traverse no
later than thirty (30) days from the date of this Order.  Should
Petitioner fail to do so, the petition will be deemed submitted and
ready for decision on the date his traverse is due.

This Order terminates Docket no. 11.

IT IS SO ORDERED.

Dated: 3/1/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARREN RAY PRATCHER,

        Plaintiff,

  v.

ANTHONY HEDGEPETH et al,

        Defendant.
_____/

Case Number: CV10-03616 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darren Ray Pratcher F-59430
Salinas Valley State Prison
31625 Hwy 101
P.O. Box 1050
C4-124
Soledad, CA 93960

Dated: March 1, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California

3