IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARREN RAY PRATCHER,                    No. C 10-3616 CW (PR)

    Petitioner,                     JUDGMENT

  v.

RANDY GROUNDS, Warden,

    Respondent.
_____/

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

    IT IS SO ORDERED.

Dated: 9/30/2013

                                            CLAUDIA WILKEN
                                            United States District Judge

G:\PRO-SE\CW\HC.10\Pratcher 3616.jud.wpd